

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. E. McDonald, Commissioner
Department of Agriculture
Austin, Texas

Dear Mr. McDonald:        Opinion No. O-5582

Re: Seasonal or annual basis of appropriation by Senate Bill 332, 48th Legislature, from Citrus Grading Fund.

We have given careful consideration to your request for an opinion upon the question below stated:

Your department's appropriation, made in Senate Bill No. 332, 48th Legislature, contains the following items:

"Out of Citrus Grading Fund

"(H. B. No. 623 and as Amended)

"119.  Supervising Inspectors in Charge........$17,496.00
"120.  Supervising Grade Inspectors Not to
        Exceed $200.00 per Month.............. 68,831.28
"121.  Inspectors and Seasonal Help Not to
        Exceed $150.00 per Month.............. 7,500.00"

You advise that the Comptroller has informed you that expenditures under Items 119 and 120 "would be on a basis as annual and limited to not more than one-twelfth of the total per month, during the fiscal year." You ask if this is correct.

The Comptroller obviously has in mind that portion of the general rider to Senate Bill No. 332, which provides in part:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

867

"All annual salaries shall be paid in
twelve equal monthly installments. . . ."

Where the item provides a salary for a single
position, or where it provides a lump sum, out of which
there may be paid a specified number of employees, the
provision above quoted has effect to require that not
more than one-twelfth of the amount provided may be ex-
pended in any one month.

Not so, however, where a lump sum is provided
out of which an indeterminate number of employees may be
paid. Individual salaries out of such appropriations may
not exceed in any one month one-twelfth of the annual
rate; but more than one-twelfth of the total appropria-
tion may be expended in one month, by virtue of the fact
that the number of positions is not limited.

You are therefore advised that items 119 and
120 are not subject to the limitation that the total ex-
penditures therefrom for one month may not exceed one-
twelfth of the appropriated amount.

APPROVED SEP 21 1943

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

RWF-MR



APPROVED
OPINION
COMMITTEE
BY